| | | |
|---|---|---|
| JAMES EDWARDS<br>2369 Boston Street<br>Baltimore, MD  21224 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | BALTIMORE CITY |
| MARCUS JOSEPH LASARKO<br>75 Lee Street<br>Stewartstown, PA  17363 | * | |
| | * | CASE NO.: |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# COMPLAINT

NOW COMES James Edwards, Plaintiff, by and through his attorneys Timothy J. Capurso and Gordon Feinblatt LLC, and hereby sues Marcus Joseph Lasarko, Defendant, and, in support thereof, states as follows:

1. On or about September 11, 2016 at approximately 5:24 p.m., Plaintiff was operating a motor vehicle, traveling on East Pratt Street, at or near its intersection with South Calvert Street, in Baltimore City, Maryland.

2. At the same time and approximate location, Defendant was operating a motor vehicle, traveling directly behind Plaintiff.

3. Given the traffic conditions then and there existing, Plaintiff slowed his vehicle to a stop at which time Defendant, who failed to pay proper time and attention to the roadway, caused his vehicle to rear-end the vehicle operated by Plaintiff.

4. Based upon information and belief, Defendant was intoxicated at the time of the collision.

5. As a result of the aforementioned collision, Plaintiff's vehicle was propelled into the vehicle in front of him.

6. Following the collision, Defendant attempted to flee the scene, but was identified.

7. Plaintiff in no way caused or contributed to the accident in question.

8. Defendant owed a duty of ordinary and reasonable care to Plaintiff, and breached said duty of care by: (a) failing to avoid a collision with Plaintiff's vehicle; (b) failing to pay proper time and attention to the roadway; (c) failing to reduce his speed to avoid a collision; (d) failing to maintain an appropriate following distance; (e) driving or attempted to drive a motor vehicle while under the influence of alcohol; (f) fleeing or attempting to flee the scene of an accident; (g) in other respects was careless, reckless, and/or negligent.

9. As a direct and proximate result of Defendant's negligence, Plaintiff suffered severe and possibly permanent physical injuries, pain and suffering, psychological harm, and other damages.

10. Plaintiff further avers that all of his injuries, losses, and damages, past, present, and prospective, are due solely to and by reason of the negligence on the part of Defendant, without any negligence or want of due care on the part of Plaintiff, directly or indirectly thereunto contributing.

WHEREFORE, Plaintiff James Edwards sues Defendant Marcus Lasarko, and claims damages in in excess of Seventy-Five Thousand Dollars ($75,000.00).

                                                                                                                                       _____
                                                                                       Timothy J. Capurso
Client Protection Fund ID: 9712160106
Gordon Feinblatt LLC
233 E. Redwood Street, 4th Floor
Baltimore, Maryland 21202
Tele: (410) 576-4110
Fax: (410) 576-4034
tcapurso@gfrlaw.com

***Attorneys for Plaintiff***